*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters.  Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 17-BG-1246**

IN RE DAVID M. KORREY

**2017 DDN 235**

An Inactive Member of the Bar of the
District of Columbia Court of Appeals

Bar Registration No.  345389

BEFORE:  Beckwith, Associate Judge, and Washington and Farrell, Senior Judges.

## O R D E R
(FILED – January 25, 2018)

On consideration of the certified order of the Supreme Court of Nevada suspending respondent from the practice of law in that jurisdiction for a period of three months, stayed in favor of a six-month probationary period, this court's November 14, 2017, order directing him to show cause why reciprocal discipline should not be imposed, the response thereto, the statement of Disciplinary Counsel regarding reciprocal discipline, and respondent's reply thereto, it is

ORDERED that David M. Korrey is hereby suspended from the practice of law in the District of Columbia for a period of three months, stayed in favor of a six-month period of probation.  To the extent respondent attempts to challenge the imposition of reciprocal discipline by relitigating the discipline imposed by the State of Nevada, such a challenge is improper in reciprocal disciplinary proceedings, *see In re Zdravkovich*, 831 A.2d 964, 969 (D.C. 2003) ("Put simply, reciprocal discipline proceedings are not a forum to reargue the foreign discipline").  Further, many of respondent's due process arguments are based on Nevada law and have been resolved by the Nevada Supreme Court and this court will not review that court's interpretation of its own law.  *See In re Williams*, 3 A.3d 1179 (D.C. 2010).

**PER CURIAM**